[No. 39287-9-II. Division Two. January 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LANELL FITZPATRICK, *Appellant*.

*Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 39425-1-II. Division Two. January 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE MICHAEL HEMBD, *Appellant*.

*Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, J.; Penoyar, C.J., concurring separately.

[No. 39485-5-II. Division Two. January 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ATKINSON, *Appellant*.

*Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Hunt, JJ.

[Nos. 39578-9-II; 39585-1-II. Division Two. January 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEE LANDER, *Appellant*.

*Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Van Deren, J., and Bridgewater, J. Pro Tem.